THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:17-01437 |
| RANDY K. SCHWEISS. | : | |
| Debtor , | : | CHAPTER 7 |
| | : | |
| | : | |

_____

**PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
TO DISCHARGE**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Discharge in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: October 20, 2017                           /s/ Jill M. Spott
                                                  Jill M. Spott, Esquire
                                                  Attorney for Trustee
                                                  Sheils Law Associates, P.C.
                                                  108 North Abington Road
                                                  Clarks Summit, PA 18411
                                                  (570) 587-2600
                                                  jspottesq@sheilslaw.com