**ROBERT P. SHEILS, JR., ESQUIRE**
Chapter 7 Panel Trustee
U.S. Bankruptcy Court for the
Middle District of Pennsylvania

108 NORTH ABINGTON ROAD  TELEPHONE: (570) 587-2600
Clarks Summit, PA 18411  Fax: (570) 585-0313

November 30, 2017

Honorable Judge John J. Thomas
U.S. Bankruptcy Court

    **RE:**    **Randy Schweiss**
           **Bankruptcy Number: 5:17-01437**
           **Adversary Number: 5:17-ap-00126**

Dear Honorable Judge Thomas:

    We write to ask the Court to reopen the adversary action in this case to allow us to make a correction. An error was made in that the incorrect creditor's mailing list was attached to the Certificate of Service of the Motion and Notice. We would like to correct that error.

                             Very Truly Yours,

                             /s/ Jill M. Spott
                             Jill M. Spott, Esquire
                             Attorney for Trustee
                             Supreme Court ID: 88640
                             108 N. Abington Road
                             Clarks Summit, PA 18411
                             (570) 587-2600
                             (570) 585-0313